THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Supreme Court

 
 
 
 Ernest Sibert, Respondent,
 v.
 State of South
 Carolina, Petitioner.
 
 
 

ON WRIT OF CERTIORARI

Appeal From Greenville County
James E. Lockemy, Circuit Court Judge
Memorandum Opinion No.  2010-MO-001
Submitted December 2, 2009  Filed January
 11, 2010  
DISMISSED AS IMPROVIDENTLY GRANTED

 
 
 
 Attorney
 General Henry Dargan McMaster, Chief Deputy Attorney General John W. McIntosh, Assistant
 Deputy Attorney General Salley W. Elliott, and Assistant Attorney General Karen
 C. Ratigan, all of Columbia, for Petitioner.
 Deputy
 Chief Wanda H. Carter, of South Carolina Commission on Indigent Defense, for
 Respondent.
 
 
 

PER CURIAM:  We
 granted the states petition for a writ of certiorari to review the trial
 courts grant of Post-Conviction Relief (PCR) to Respondent, Ernest Berry
 Sibert.  The PCR court held Sibert was entitled to a new Drug Court termination
 hearing and a new sentencing on the charge of distribution of crack, 3rd
 offense.  We find the PCR court properly remanded for a new termination hearing
 and, accordingly, we dismiss the writ of certiorari as improvidently granted.  
DISMISSED
 AS IMPROVIDENTLY GRANTED.  
TOAL, C.J., WALLER, PLEICONES, BEATTY and KITTREDGE, JJ., concur.